# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

UNITED STATES OF AMERICA,  Criminal No. 07-422  PJS/AJB

    Plaintiff,

v.  **ORDER**

JAMES RICHARD COOK,

    Defendant.

James E. Lackner, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

Andrew H. Mohring, Esq., Assistant Federal Public Defender, for the defendant, James Richard Cook.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated December 26, 2007, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendant James Richard Cook's Motion to Suppress Eyewitness Identification Made on October 24, 2007, is **denied** [Docket No. 25];

2. Defendant James Richard Cook's Motion to Suppress Statements, Admissions, and Answers of October 24 2007, is **denied** [Docket No. 27]; and

3. Defendant James Richard Cook's Motion to Suppress Evidence Obtained as a Result of Search and Seizure on October 24 2007, is **denied** [Docket No. 29].

Dated: 01/14/08

    s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge